LEWIS BRISBOIS BISGAARD & SMITH LLP
CRAIG S. NEWMAN
Nevada Bar No. 03780
Craig.Newman@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
ROSS DRESS FOR LESS, INC. dba ROSS
DRESS FOR LESS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA GARCIA GARCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ROSS DRESS FOR LESS, INC. dba<br>ROSS DRESS FOR LESS<br><br>             Defendant. | Case No.:  2:25-cv-00430-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

    Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days, up to and including February 3, 2026. In addition, the parties request that the deadlines for expert disclosure, rebuttal expert disclosure, dispositive motions, and pretrial order also be extended as outlined herein.  In support of this Stipulation and Request, the parties state as follows:

    1.    On January 16, 2025, Plaintiff filed her Complaint in the Clark County District Court, Clark County, Nevada.

    2.    On February 27, 2025, Defendant Answered the Complaint.

    3.    On March 10, 2025, Defendant filed its Petition for Removal (ECF 2).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4.      On March 25, 2025, Defendant filed its Statement Regarding Removal (ECF 5).

5.      On April 10, 2025, the parties filed a Joint Status Report (ECF 7).

6.      April 24, 2025, the parties submitted their Joint Discovery Plan and proposed Scheduling Order (ECF 9).

7.      On April 25, 2025, the Court entered the Scheduling Order signed by Magistrate Daniel J. Albregts (ECF 10).

8.      On August 1, 2025, Plaintiff served her Initial Disclosure of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26(a).

9.      On August 2, 2025, Defendant served its Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a).

## DISCOVERY REMAINING

1.      The parties will complete all written discovery.

2.      Defendant will take the deposition of Plaintiff (currently being scheduled for September 5, 2025).

3.      Plaintiff will take the deposition of the FRCP 30(b)(6) witness of Defendant.

4.      The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request for extension is based upon the following:

On April 24, 2025, the parties submitted their Joint Discovery Plan and Scheduling Order (ECF 9). The Court subsequently entered the Scheduling Order signed by Magistrate Daniel J. Albregts on April 25, 2025 (ECF 10). During the month of April 2025, the undersigned defense counsel was  hospitalized for two weeks for a lower leg MRSA

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

infection with a week at home recovering between the aforementioned two weeks. The second week was due to a return of the MRSA infection after being initially discharged. Counsel was subsequently hospitalized for three weeks in May to recover from pneumonia caught while in the hospital battling MRSA. These hospitalizations caused delays in launching and participating in discovery.

Extension or Modification of The Discovery Plan and Scheduling Order.  LR 26-3 ~~26-4~~ governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Friday, December 5, 2025 | Tuesday, February 3, 2026 |
| Amendment to Pleadings | Monday, September 8, 2025 | Monday, November 10, 2025 |
| Expert Disclosure pursuant to Fed. R. Civ. P. 26 (a)(2) | Monday, October 6, 2025 | Friday, December 5, 2025 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Wednesday, November 5, 2025 | Monday, January 5, 2026 |
| Dispositive Motions | Monday, January 5, 2026 | Friday, March 6, 2026 |
| Joint Pretrial Order | Wednesday, February 4, 2026 | Monday, April 6. 2026 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    the short extension.

2         WHEREFORE, the parties respectfully request that this Court extend the discovery

3    period by sixty (60) days from the current deadline of December 5, 2025, up to and including

4    February 3, 2026, and that the other remaining discovery dates also be extended as

5    outlined in accordance with the table above.

6    Dated this 18th day of August, 2025.          Dated this 18th day of August, 2025.

7    LERNER & ROWE INJURY ATTORNEYS          LEWIS BRISBOIS BISGAARD & SMITH

8

9    By: ___/s/ Joseph F. Schmitt          By: ___/s/ Steven L. Foremaster
        JOSEPH F. SCHMITT                       CRAIG S. NEWMAN
10      Nevada Bar No. 9681                     Nevada Bar No. 03780
        4795 South Durango Drive                STEVEN L. FOREMASTER
11      Las Vegas, Nevada 89147                 Nevada Bar No. 10350
        Attorneys for Plaintiff                 6385 S. Rainbow Blvd., Suite 600
12      MARINA GARCIA GARCIA                    Las Vegas, Nevada 89118
                                                Attorneys for Defendant
13                                              ROSS DRESS FOR LESS, INC. dba
                                                ROSS DRESS FOR LESS
14

15

16

17                                       **IT IS SO ORDERED**

18

19

20                                       _____
21                                       DANIEL J. ALBREGTS
                                         UNITED STATES MAGISTRATE JUDGE
22
                                         DATED: ___8/19/2025_____
23                                       CASE NO. 2:25-cv-00430-JAD-DJA

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW