LEWIS BRISBOIS BISGAARD & SMITH LLP
CRAIG S. NEWMAN
Nevada Bar No. 03780
Craig.Newman@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
ROSS DRESS FOR LESS, INC. dba ROSS
DRESS FOR LESS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA GARCIA GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSS DRESS FOR LESS, INC. dba<br>ROSS DRESS FOR LESS<br><br>    Defendant. | Case No.: 2:25-cv-00430-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 13 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made, that all claims have been settled.

…

…

…

…

…

…

173155307.1                                        1                    Case No. 2:25-cv-00430-JAD-DJA

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 25th day of March, 2026.      Dated this 25th day of March, 2026.

LERNER & ROWE INJURY ATTORNEYS      LEWIS BRISBOIS BISGAARD & SMITH

By:   /s/ Joseph F. Schmitt                  By:   /s/ Steven L. Foremaster
      JOSEPH F. SCHMITT                            CRAIG S. NEWMAN
      Nevada Bar No. 9681                          Nevada Bar No. 03780
      4795 South Durango Drive                     STEVEN L. FOREMASTER
      Las Vegas, Nevada 89147                      Nevada Bar No. 10350
      Attorneys for Plaintiff                      6385 S. Rainbow Blvd., Suite 600
      MARINA GARCIA GARCIA                         Las Vegas, Nevada 89118
                                                   Attorneys for Defendant
                                                   ROSS DRESS FOR LESS, INC. dba
                                                   ROSS DRESS FOR LESS

## ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 31, 2026